■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS MCDONALD, Appellant. [700 NYS2d 743] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 23, 1996 (*People v McDonald,* 231 AD2d 647), affirming a judgment of the Supreme Court, Kings County, rendered June 7, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., S. Miller, Joy and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE PEOPLES, Appellant. [700 NYS2d 744] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (J. Goldberg, J.), rendered October 20, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention on appeal, the trial court did not err in denying his request for a missing witness charge (*see, People v Kitching,* 78 NY2d 532; *People v Gonzalez,* 68 NY2d 424). O'Brien, J. P., Ritter, Santucci and Florio, JJ., concur.